UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN M. CASILLAS,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>    Defendant. | No. 2:14-cv-0984 DAD<br><br><br>ORDER |

The Scheduling Order filed in this case on September 8, 2014 (Dkt. No. 5) required plaintiff to file a motion for summary judgment and/or remand within 45 days from being served with a copy of the administrative record. Defendant served a copy of the record upon plaintiff on January 20, 2015, and plaintiff's motion is therefore long overdue.

Accordingly, IT IS ORDERED that plaintiff shall show good cause in writing, within fourteen days after this order is filed, for failing to file a timely motion.

Dated: August 17, 2015

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
ddad1/orders.soc sec/casillas0984.pmsj.osc.docx

1